# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 14, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

154808(93)

SOUTHEAST MICHIGAN SURGICAL
HOSPITAL, LLC, d/b/a SOUTHEAST
MICHIGAN SURGICAL HOSPITAL,
and JAMIE LETKEMANN,
         Plaintiffs-Appellants,

v

ALLSTATE INSURANCE COMPANY,
         Defendant-Appellee.

_____/

SC: 154808
COA: 323425
Wayne CC: 11-015300-NF

      On order of the Chief Justice, the motion of the Michigan Association for Justice to participate as amicus curiae and to file a brief in support of the application for leave to appeal is GRANTED. The amicus brief submitted on December 7, 2016, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 14, 2016



Clerk